RECEIVED
IN LAKE CHARLES, LA

AUG 3 0 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANTHONY TRAHAN | : | DOCKET NO. 2:11 CV 568 |
| VS. | : | JUDGE MINALDI |
| JAMES LEBLANC, ET AL. | : | MAGISTRATE JUDGE KAY |

### Judgment

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

Accordingly, it is ORDERED that the plaintiff's civil rights complaint is dismissed with prejudice as frivolous.

Lake Charles, Louisiana, this 29 day of August, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE